GREGORY P. STONE (SBN 078329)
Gregory.Stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702


HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
ROHIT K. SINGLA (SBN 213057)
Rohit.Singla@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:    (415) 512-4032
Facsimile:    (415) 512-4077

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO.  CV 09-5535 EDL<br><br>**DECLARATION OF PATRICK KING IN SUPPORT OF DEFENDANT MICROSOFT CORP.'S RESPONSE TO OBJECTIONS TO REQUEST FOR JUDICIAL NOTICE AND SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**<br><br>Date:          March 9, 2010<br>Time:          9:00 a.m.<br>Courtroom:  E, 15th Floor<br>Judge:        Mag. Judge Elizabeth D. Laporte |

I, Patrick King, declare:

1.      I am an employee at Microsoft Corporation ("Microsoft"). My title is Technical Writer, LIVE Engagement Programming. I have managed the creation and publication of Xbox 360 instruction manuals, including all warranty documentation, since the Xbox 360 was released. I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2.      The Xbox 360 was released on November 22, 2005 in the United States.

3.      Attached hereto as Exhibit 1 is a true and correct copy of the Xbox 360 Warranty which was printed in July 2005 and subsequently included in the packaging of the Xbox 360 console in the United States.

4.      Attached hereto as Exhibit 2 is a true and correct copy of the Xbox 360 Warranty which was printed in November 2005 and subsequently included in the packaging of the Xbox 360 console in the United States.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the Xbox 360 Warranty which was printed in January 2007 and subsequently included in the packaging of the Xbox 360 console in the United States.

6.      Attached hereto as Exhibit 4 is a true and correct copy of the Xbox 360 Warranty which was printed in January 2008 and subsequently included in the packaging of the Xbox 360 console in the United States.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 15th day of February, 2010, in Redmond, Washington.

_____
Patrick King

KING DECL. ISO RESP. TO
RJN OBJS AND SUPPL RJN
CV 09-5535 EDL