1  GREGORY P. STONE (SBN 078329)
   Gregory.Stone@mto.com
2  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
3  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
4  Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702
5

6  HOJOON HWANG (SBN 184950)
   Hojoon.Hwang@mto.com
7  ROHIT K. SINGLA (SBN 213057)
   Rohit.Singla@mto.com
8  JONATHAN H. BLAVIN (SBN 230269)
   Jonathan.Blavin@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street,
10 Twenty-Seventh Floor
   San Francisco, CA  94105-2907
11 Telephone:     (415) 512-4032
   Facsimile:     (415) 512-4077
12
   Attorneys for Defendant
13 MICROSOFT CORPORATION

14 [See signature page for additional parties and counsel.]

15                      UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., | CASE NO.  CV 09-5535 EDL |
| Plaintiffs, | **JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT JOINT CASE MANAGEMENT STATEMENT** |
| vs. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

10731846.1

JOINT REQUEST FOR EXTENSION OF
TIME TO SUBMIT CMC STATEMENT
CV 09-5535 EDL

In its April 23, 2010 Order, the Court set a case management conference for Wednesday, June 2, 2010, and ordered the filing of a joint case management conference statement for Tuesday, May 25, 2010.

Datel has determined not to amend its complaint. Microsoft's response to Datel's complaint, including any counterclaims Microsoft decides to assert, is due Friday, May 28, 2010. That is three days after the current deadline for the joint case management statement. Because the parties believe that a meaningful schedule would benefit from consideration of any counterclaims that might be asserted, the parties request that the Court extend by three days the parties' time to file their joint case management statement to Friday, May 28, 2010.

DATED: May 20, 2010

MARTIN R. GLICK
BERNARD A. BURK
DANIEL B. ASIMOW
ROBERT D. HALLMAN
MICHELLE S. YBARRA
HOWARD RICE NEMEROVSKI CANADY
　　FALK & RABKIN
A Professional Corporation

_____/s/ Daniel B. Asimow_____
DANIEL B. ASIMOW

Attorneys for Plaintiffs
DATEL HOLDINGS LTD. and DATEL DESIGN
& DEVELOPMENT, INC

DATED: May 20, 2010

GREGORY P. STONE
HOJOON HWANG
ROHIT K. SINGLA
JONATHAN H. BLAVIN
MUNGER, TOLLES & OLSON LLP

_____/s/ Rohit K. Singla_____
ROHIT K. SINGLA

Attorneys for Defendant
MICROSOFT CORPORATION

10731846.1

- 1 -

JOINT REQUEST FOR EXTENSION OF
TIME TO SUBMIT CMC STATEMENT
CV 09-5535 EDL

1  I, Rohit K. Singla, am the ECF user whose ID and password are being used to file this
2  Stipulation. In compliance with General Order 45, X.B., I hereby attest that Daniel B. Asimow has concurred in this filing.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

10731846.1     - 2 -     JOINT REQUEST FOR EXTENSION OF TIME TO SUBMIT CMC STATEMENT
CV 09-5535 EDL

1  PURSUANT TO STIPULATION, IT IS SO ORDERED:

2  The parties' Joint Case Management Conference Statement is due May 28, 2010.

4  DATED: May 24, 2010                    _____
5                                          The Honorable Elizabeth D. Laporte
6                                          United States Magistrate Judge

10731846.1                    - 3 -       JOINT REQUEST FOR EXTENSION OF
                                          TIME TO SUBMIT CMC STATEMENT
                                          CV 09-5535 EDL