| | |
|---|---|
| MARTIN R. GLICK (No. 40187)<br>Email: mglick@howardrice.com<br>BERNARD A. BURK (No. 118083)<br>Email: bburk@howardrice.com<br>DANIEL B. ASIMOW (No. 165661)<br>Email: dasimow@howardrice.com<br>ROBERT D. HALLMAN (No. 239949)<br>Email: rhallman@howardrice.com<br>MICHELLE S. YBARRA (No. 260697)<br>Email: mybarra@howardrice.com<br>HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111-4024<br>Telephone:   415/434-1600<br>Facsimile:   415/677-6262<br><br>Attorneys for Plaintiffs<br>DATEL HOLDINGS LTD. and DATEL<br>DESIGN & DEVELOPMENT, INC. | GREGORY P. STONE (SBN 078329)<br>Gregory.Stone@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue<br>Thirty-Fifth Floor<br>Los Angeles, CA 90071-1560<br>Telephone:   (213) 683-9100<br>Facsimile:   (213) 687-3702<br><br>HOJOON HWANG (SBN 184950)<br>Hojoon.Hwang@mto.com<br>ROHIT K. SINGLA (SBN 213057)<br>Rohit.Singla@mto.com<br>JONATHAN H. BLAVIN (SBN 230269)<br>Jonathan.Blavin@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street,<br>Twenty-Seventh Floor<br>San Francisco, CA 94105-2907<br>Telephone:   (415) 512-4032<br>Facsimile:   (415) 512-4077<br><br>Attorneys for Defendant<br>MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | No. 09-CV-05535 EDL<br><br>Action Filed:           November 20, 2009<br>Counterclaims Filed:   May 28, 2010<br><br>STIPULATION EXTENDING TIME FOR PLAINTIFFS/ COUNTERCLAIM-DEFENDANTS TO RESPOND TO COUNTERCLAIMS (LOCAL RULE 6-2) |

STIPULATION RE EXTENTION OF TIME TO RESPOND TO COUNTERCLAIMS

## RECITALS

1. Defendant/Counterclaim-Plaintiff Microsoft Corporation ("Microsoft") filed its Answer And Counterclaims ("Counterclaims") on May 28, 2010.

2. As previously discussed with the Court during the June 2, 2010, Case Management Conference, Plaintiffs/Counterclaim-Defendants Datel Holdings Ltd. and Datel Design & Development, Inc. (collectively, "Datel") have requested an extension of time to respond to Microsoft's Counterclaims. This extension will not alter the date of any event or deadline fixed by court order.

WHEREAS, the parties stipulate and agree as follows:

## STIPULATION

1. Datel shall have up to and including June 28, 2010 to inform Microsoft whether it intends to file a motion under Rule 12 in response to the Counterclaims or instead intends to file an answer.

2. If Datel chooses to file a motion under Rule 12, Datel shall have up to and including July 26, 2010 to file its motion.

3. If Datel instead files an answer, Datel shall have up to and including July 14, 2010 to file its answer.

DATED: June 18, 2010

MARTIN R. GLICK
BERNARD A. BURK
DANIEL B. ASIMOW
ROBERT D. HALLMAN
MICHELLE S. YBARRA
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By    /s/ Martin R. Glick
      MARTIN R. GLICK

Attorneys for Plaintiffs
DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC

DATED: June 18, 2010
GREGORY P. STONE
HOJOON HWANG
ROHIT K. SINGLA
JONATHAN H. BLAVIN
MUNGER, TOLLES & OLSON LLP

By _____/s/ Rohit K. Singla_____
ROHIT K. SINGLA

Attorneys for Defendant
MICROSOFT CORPORATION

I, Martin R. Glick, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Rohit Singla has concurred in this filing.

STIPULATION RE EXTENTION OF TIME TO RESPOND TO COUNTERCLAIMS
-2-

**IT IS SO ORDERED.**

Dated: June 18, 2010

*Elizabeth D. Laporte*
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE EXTENTION OF TIME TO RESPOND TO COUNTERCLAIMS
-3-