IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATEL HOLDINGS LTD,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant._____/ | No. C-09-05535 EDL<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

On July 13, 2010, Plaintiff filed a request to set a further case management conference on the Court's earliest convenient date. On July 15, 2010, Defendant filed a response to Plaintiff's request, arguing that a further case management conference should be held on or after the hearing on Defendant's Motion to Bifurcate, which Defendant intends to file on July 23, 2010 and set for hearing at the end of August.

As noted by Defendant, at the June 2, 2010 further case management conference, the Court approved the suggestion by counsel that another further case management conference should be held on the same date as the hearing on Defendant's Motion to Bifurcate. See Def.'s Response at Ex. A at 23. Therefore, in accord with the Court's statement on June 2, 2010, a further case management conference shall be held in conjunction with the hearing on Defendant's Motion to Bifurcate. A joint updated case management conference statement shall be filed no later than one week before the further case management conference.

**IT IS SO ORDERED.**

Dated: July 20, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge