GREGORY P. STONE (SBN 078329)
Gregory.Stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
ROHIT K. SINGLA (SBN 213057)
Rohit.Singla@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4032
Facsimile: (415) 512-4077

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CASE NO. CV 09-5535 EDL <br><br> **STIPULATION REGARDING PARTIES' FILING OF AMENDED ANSWERS** |

STIPULATION RE: AMENDED ANSWERS
CV 09-5535 EDL

# STIPULATION

WHEREAS, Plaintiffs Datel Holdings Ltd. And Datel Design & Development, Inc. (collectively, "Datel"), filed their Complaint on November 20, 2009;

WHEREAS, Defendant Microsoft Corporation ("Microsoft") filed its Answer and Counterclaims on May 28, 2010;

WHEREAS, Datel filed its Answer to Microsoft's Counterclaims on June 25, 2010;

WHEREAS, on April 1, 2010, Microsoft filed complaints in the District Court of the Western District of Washington and the ITC against Datel alleging that Datel's wired and wireless controllers for the Xbox 360 infringe upon six design patents owned by Microsoft (the "ITC Action") and seeking to preclude Datel from importing infringing controllers.

WHEREAS, on approximately August 7, 2010, the parties reached a settlement of the ITC Action and Western District of Washington proceedings. Pursuant to the settlement, the parties agreed that Microsoft may amend its Answer in this action to plead an affirmative defense and seek a finding in this action that Datel's original controllers infringed one or more of Microsoft's design patents in order to defend itself against any antitrust or other claim that Datel may assert with respect to that original controller. The parties have now further agreed that Datel may amend its answer to set forth its defenses to Microsoft's assertion of its design patents.

NOW, THEREFORE, IT IS HEREBY STIPULATED by Microsoft and Datel, by and through their attorneys of record, that

1. Microsoft may file its First Amended Answer and Counterclaims to Datel's Complaint ("Microsoft's Amended Answer"), attached hereto as Exhibit A, that Microsoft may plead an affirmative defense asserting its design patents (denominated the Third Affirmative Defense) in Microsoft's Amended Answer, and that Microsoft make seek a finding in this action that Datel's original controllers infringe one or more of Microsoft's design patents to defend itself against any claim with respect to Datel's original controller; and

2. Datel may file a First Amended Answer to Microsoft's First Amended Answer and Counterclaims ("Datel's Amended Answer"), attached hereto as Exhibit B, and that Datel may plead specific defenses to Microsoft's assertion of its design patents in Datel's Amended Answer.

- 1 - STIPULATION RE: AMENDED ANSWERS
CV 09-5535 EDL

3. Microsoft's Amended Answer and Datel's Amended Answer will be deemed filed upon the Court's approval of this Stipulation.

DATED: August 26, 2010  MUNGER, TOLLES & OLSON LLP

By: _____/s/ Hojoon Hwang_____
         HOJOON HWANG

Attorneys for Defendant
MICROSOFT CORPORATION


DATED: August 26, 2010  HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
         A Professional Corporation

By: _____/s/ Martin R. Glick_____
         MARTIN R. GLICK

Attorneys for Plaintiffs
DATEL HOLDINGS LTD. and DATEL DESIGN &
DEVELOPMENT, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __August 27, 2010__     By: _____[signature: Elizabeth D. Laporte]_____
                                   MAGISTRATE JUDGE LAPORTE
                                   United States District Court

- 2 -

STIPULATION RE: AMENDED ANSWERS
CV 09-5535 EDL