UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., <br><br> Plaintiffs and counterclaimant defendants <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant and Counterclaimant | CASE NO. CV 09-5535 EDL <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXPEDITED BRIEFING AND HEARING ON DEFENDANT MICROSOFT CORP.'S MOTION TO COMPEL APPROPRIATE LENGTH AND LOCATION OF DEPOSITIONS** <br> AS MODIFIED |

Pursuant to Local Rule 6-2, the Court adopts the parties' proposed briefing schedule in the Stipulated Request for Order for Expedited Briefing and Hearing on Defendant Microsoft Corp.'s Motion to Compel Appropriate Length and Location of Depositions.

1. Microsoft will file its Motion to Compel by January 4, 2011.

2. Datel will file its Opposition to Microsoft's Motion to Compel by January 11, 2011, by noon.

3. Microsoft will file its Reply by January 12, 2011, by noon.

[PROPOSED] ORDER GRANTING STIP.
REQ. EXPEDITED SCHEDULE
CASE NO. CV 09-5535 EDL

1       The Court will hold a hearing on Microsoft's Motion on January __14__, 2011 at 2:00 pm.

3       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5 Dated: January __6__, 2011

                                                            /s/ Elizabeth D. Laporte
Honorable Elizabeth D. Laporte
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER GRANTING STIP.
REQ. EXPEDITED SCHEDULE
CASE NO. CV 09-5535 EDL