UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>Plaintiffs and Counterclaimant Defendants<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant and Counterclaimant | CASE NO. CV 09-5535 EDL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXPEDITED BRIEFING AND HEARING ON DEFENDANT MICROSOFT CORP.'S MOTION TO COMPEL DATEL'S PRODUCTION OF DOCUMENTS AND THINGS** |

Pursuant to Local Rule 6-2, the Court adopts the parties' proposed briefing schedule in the Stipulated Request for Order for Expedited Briefing and Hearing on Defendant Microsoft Corp.'s Motion to Compel Datel's Production of Documents and Things ("Motion to Compel")

1. Microsoft will file its Motion to Compel by January 11, 2011.

2. Datel will file its Opposition to Microsoft's Motion to Compel by January 21, 2011, at noon.

12741973.1

[PROPOSED] ORDER GRANTING STIP.
REQ. EXPEDITED SCHEDULE
CASE NO. CV 09-5535 EDL

3.  Microsoft will file its Reply by January 25, 2011, at noon.

The Court will hold a hearing on Microsoft's Motion on January 28, 2011, at 9:00 a.m. /~~p.m.~~

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 12, 2011

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

12741973.1 - 1 - [PROPOSED] ORDER GRANTING STIP.
REQ. EXPEDITED SCHEDULE
CASE NO. CV 09-5535 EDL