UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** January 14, 2011
**UNITED STATES MAGISTRATE JUDGE**

Case No:   C-09-05535 EDL

Title:   DATEL HOLDINGS LTD v. MICROSOFT CORPORATION

Attorneys:   Plaintiff:   Martin Glick, Daniel Asimow
Defendant: Rohit Singla, Michael Mongan

**Deputy Clerk:**   Lili M. Harrell   **Court Reporter:** Belle Ball
(Time: 25 min )

**PROCEEDINGS:**   **RULINGS:**

Defendant's Motion to Compel   Submitted

**ORDERED AFTER HEARING:**  Parties shall prepare proposed order and submit to Court.

**ORDER TO BE PREPARED BY:**   [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:

cc: