IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATEL HOLDINGS LTD,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant.<br>_____/ | No. C-09-05535 EDL<br><br>**ORDER REGARDING DEFENDANT'S REQUEST FOR STATUS CONFERENCE** |

On February 11, 2011, Defendant filed a letter requesting that the Court conduct a status conference in this case during the week of February 14, 2011. On February 13, 2011, Plaintiff filed a letter opposing that request. The Court has reviewed both letters and orders as follows.

Defendant has a point that if the parties' disputes are decided on fully briefed motions (even if the Court agreed on a motion-by-motion basis to shorten time somewhat), an order granting additional discovery, if warranted, may affect the pretrial schedule. On the other hand, as Plaintiff points out, the Court cannot really decide efficiently, or probably even effectively, most of the disputes without briefing. In its letter, Defendant mentions "numerous pending discovery concerns, including scheduling depositions of Datel's engineers, the late and/or incomplete production of source code by Datel, the inability to obtain samples of earlier versions of products, and documents about Datel's development of a wireless protocol." Feb. 11, 2011 letter at 1. It is impracticable for the Court to address these four or more disputes at a status conference later this week. The Court will consider one to, at most, three discrete issues that are most likely to affect scheduling based on a joint statement of the disputes briefly setting out each side's position and proposed resolution. The

joint statement shall be filed no later than February 17, 2011 at 9:00 a.m. and the Court will attempt to address the issues at a status conference on February 22, 2011 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: February 14, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge