**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 DATEL HOLDINGS LTD,      No. C-09-05535 EDL

11        Plaintiff,      **ORDER GRANTING AS MODIFIED THE STIPULATED REQUEST FOR**

12    v.      **EXPEDITED BRIEFING AND HEARING ON DEFENDANT'S MOTION FOR**

13 MICROSOFT CORPORATION,      **RELIEF FROM CASE MANAGEMENT SCHEDULE**

14        Defendant.

15 _____/

16      On March 18, 2011, the parties filed a Stipulated Request for Order for Expedited Briefing

17 and Hearing on Defendant's Motion for Relief from Case Management Schedule. Good cause

18 appearing, the Court grants the Stipulated Request as follows. Defendant shall file its Motion for

19 Relief no later than March 21, 2011. Plaintiff shall file an opposition no later than March 31, 2011.

20 Defendant shall file a reply no later than April 5, 2011 at noon. A hearing is scheduled on April 8,

21 2011 at 9:00 a.m.

22      **IT IS SO ORDERED.**

23 Dated: March 21, 2011

         _Elizabeth D. Laporte_

24          ELIZABETH D. LAPORTE
         United States Magistrate Judge

25

26

27

28