IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATEL HOLDINGS LTD,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | No. C-09-05535 EDL<br><br>**ORDER REQUIRING RESPONSE TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE THE DEADLINE TO FILE MOTIONS TO COMPEL** |

On March 18, 2011, Defendant filed an Administrative Motion to Continue the Deadline to File Motions to Compel pursuant to Civil Local Rule 7-11. Because the deadline to file motions to compel is imminent, the Court requires an opposition to the Administrative Motion prior to the deadline set out in Local Rule 7-11(b). Therefore, Plaintiff shall file an opposition to Defendant's administrative motion no later than 9:00 a.m. on March 22, 2011. The Court will take the matter under submission. In the meantime, the deadline for filing motions to compel is extended to March 29, 2011.

**IT IS SO ORDERED.**

Dated: March 21, 2011

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge