IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATEL HOLDINGS LTD,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant.<br>_____/ | No. C-09-05535 EDL<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DEADLINE TO FILE MOTIONS TO COMPEL FACT DISCOVERY** |

On March 18, 2011, Defendant filed an Administrative Motion to Continue the Deadline to File Motions to Compel Fact Discovery. On March 21, 2011, the Court ordered Plaintiff to file a response to Defendant's Administrative Motion no later than 9:00 a.m. on March 22, 2011, and extended the deadline to file motions to compel from March 22, 2011 to March 29, 2011. Plaintiff timely filed its opposition to Defendant's Administrative Motion. The Court has carefully reviewed the parties' briefs and hereby denies Defendant's Administrative Motion, except that any motions to compel arising out of depositions taken after the March 15, 2011 discovery cutoff date may be filed within seven days of the deposition. The parties are cautioned to meet and confer in good faith to narrow their disputes and to present to the Court only a limited number, if any, of issues that are truly significant to the outcome of this case and that warrant the time and expense involved.

**IT IS SO ORDERED.**

Dated: March 22, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge