GREGORY P. STONE (No. 078329)
Gregory.Stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   213/683-9100
Facsimile:   213/687-3702

HOJOON HWANG (No. 184950)
Hojoon.Hwang@mto.com
ROHIT K. SINGLA (No. 213057)
Rohit.Singla@mto.com
JONATHAN H. BLAVIN (No. 230269)
Jonathan.Blavin@mto.com
MICHAEL J. MONGAN (No. 250374)
Michael.Mongan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   415/512-4032
Facsimile:   415/512-4077

Attorneys for Defendant and
Counterclaimant
MICROSOFT CORPORATION

MARTIN R. GLICK (No. 40187)
mglick@howardrice.com
DANIEL B. ASIMOW (No. 165661)
dasimow@howardrice.com
ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
MICHELLE S. YBARRA (No. 260697)
mybarra@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/677-6262

Attorneys for Plaintiffs and Counterclaimant
Defendants,
DATEL HOLDINGS LTD. and DATEL
DESIGN & DEVELOPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant and Counterclaimant. | No. 09-CV-05535 EDL <br><br> Action Filed: November 20, 2009 <br><br> [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING THE TIME FOR DATEL TO MOVE TO COMPEL DOCUMENTS WITHHELD BY MICROSOFT ON GROUNDS OF PRIVILEGE OR WORK PRODUCT PROTECTION <br><br> JURY TRIAL DEMANDED |

Having considered the Parties' Stipulated Request for Order Extending the Time for Datel to Move to Compel Documents Withheld by Microsoft on Grounds of Privilege or Work Product Protection, the Court orders as follows:

FOR GOOD CAUSE SHOWN, the time for Datel to file any motion to compel relating to documents withheld by Microsoft on grounds of privilege or work product protection is extended. Specifically,

1.   The parties will continue to meet and confer regarding the documents withheld by Microsoft on grounds of privilege or work product protection;

2.   If, at any point, either party concludes that a compromise will not be possible, it can so inform the other party, and Datel's motion to compel (if Datel chooses to bring one) will become due five court days later.

IT IS SO ORDERED.

DATED: March _30_, 2011

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

Submitted by:

HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN

By:  */s/ Daniel B. Asimow*
         DANIEL B. ASIMOW

Attorneys for Plaintiffs and Counterclaimant Defendants,
DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.

W03 032511-131100017/U10/1644372/v1

[PROPOSED] ORDER GRANTING STIP. REQ. FOR DATEL RE MOT. COMPEL    09-CV-05535 EDL

-1-