**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATEL HOLDINGS LTD, | No. C-09-05535 EDL |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM CASE MANAGEMENT SCHEDULE** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

On March 18, 2011, Defendant filed a Motion for Relief from the Case Management Schedule, seeking a three month extension of all pretrial and trial dates. The Motion was fully briefed and the Court agreed to hear it on shortened time on April 8, 2011. For the reasons stated at the hearing, the Motion for Relief from Case Management Schedule is denied.

At the hearing, counsel for both sides agreed that discovery on many key issues has been essentially completed and that expert reports would be appropriate on those issues without any extension of the expert discovery deadlines. Only one or a relatively small number of issues may be premature for full expert reports. The parties shall meet and confer regarding a timeline for completing the necessary discovery on those issue(s). No later than April 12, 2011, the parties shall file a joint letter informing the Court of the terms of the parties' agreement.

**IT IS SO ORDERED.**

Dated: April 8, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge