MARTIN R. GLICK (No. 40187)
mglick@howardrice.com
JEROME B. FALK (No. 39087)
jfalk@howardrice.com
DANIEL B. ASIMOW (No. 165661)
dasimow@howardrice.com
ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Plaintiffs
DATEL HOLDINGS LTD. and DATEL
DESIGN & DEVELOPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 09-CV-05535 EDL<br><br>Action Filed: November 20, 2009<br><br>MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL PORTIONS OF DATEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DMCA COUNTERCLAIM) |

**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5 and 7-11(a), Plaintiffs Datel Holdings Ltd. and Datel Design and Development, Inc. (collectively, "Datel") hereby give notice to all counsel of record of its Motion For Administrative Relief To File Under Seal Portions Of Datel's Motion For Partial Summary Judgment (DMCA Counterclaim) (the "Administrative Motion").

In support of Datel's Motion For Partial Summary Judgment (DMCA Counterclaim) (the "Motion"), Datel is submitting the Declaration of Shaudy Danaye-Elmi (the "Danaye-Elmi Declaration"); the Declaration of Michael Connors (the "Connors Declaration"); the Declaration of Kenneth Tarolla (the "Tarolla Declaration"); and the Declaration of Chris Duppler (the "Duppler Declaration").

1. Pursuant to Civil Local Rule 79-5(d), Datel requests an order sealing portions of the following documents: the Motion and the Danaye-Elmi Declaration, including Exhibits 1-15 and 17-20 thereto. As set forth in the Declaration of Shaudy Danaye-Elmi submitted in support of the Administrative Motion, these documents either are designated by Defendant Microsoft Corporation as "CONFIDENTIAL" or "ATTORNEYS EYES ONLY" pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on April 12, 2010, or rely on such documents.

2. Pursuant to Civil Local Rule 79-5(c), Datel requests an order sealing portions of the following documents: the Motion and the Connors Declaration. As set forth in the Declaration of Shaudy Danaye-Elmi submitted in support of this Administrative Motion, the portions of these documents Datel requests to be sealed are narrowly tailored and contain sensitive, non-public information, which Datel believes would cause Datel competitive injury or other irreparable harm if it became public. As such, good cause exists to file such information under seal under Local Rule 79-5.

3. Pursuant to Civil Local Rule 79-5(b), Datel requests an order sealing Exhibits 9 and 11 to the Danaye-Elmi Declaration, each in its entirety. As set forth in the Declaration of Shaudy

1  Danaye-Elmi submitted in support of this Administrative Motion, these documents contain sensitive, non-public information, which Datel believes would cause Datel competitive injury or other irreparable harm if it became public. As such, good cause exists to file such information under seal under Local Rule 79-5.

4. On April 26, 2011, counsel for Microsoft advised counsel for Datel that this Court's clerk requested that neither party lodge redacted papers with the Court, but that the parties should file redacted papers via ECF after reaching agreement regarding the scope of the redactions. In reliance on counsel's representation, Datel is following this procedure, and will file redacted versions of its papers after reaching agreement with Microsoft regarding the appropriate scope of redactions.

For the foregoing reasons, Plaintiffs respectfully request that this Motion be granted.

DATED: June 3, 2011

Respectfully,

MARTIN R. GLICK
JEROME B. FALK
DANIEL B. ASIMOW
ROBERT D. HALLMAN
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
   FALK & RABKIN
A Professional Corporation

By:    /s/ *Shaudy Danaye-Elmi*
     SHAUDY DANAYE-ELMI

Attorneys for Plaintiffs DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.