E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., <br><br>                  Plaintiffs and <br>                  Counterclaimant <br>                  Defendants, <br><br>      vs. <br><br> MICROSOFT CORPORATION, <br><br>                  Defendant and <br>                  Counterclaimant. | CASE NO.  CV 09-5535 EDL <br><br> **[PROPOSED] AMENDMENT TO CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL** |

WHEREAS, on September 22, 2010, the Court entered a Case Management and Pretrial Order for Jury Trial;

WHEREAS, on May 6, 2011, the Court granted leave to Microsoft Corporation to file its Second Amended Answer and Counterclaims;

WHEREAS, at the hearing on May 6, 2011, the Court tentatively set a new trial date of January 31, 2012;

WHEREAS, at the hearing on May 6, 2011, the Court ordered the parties to meet and confer and to submit to the extent possible an agreed-upon Amendment to Case Management and Pretrial Order for Jury Trial;

WHEREAS, the parties jointly submit this [Proposed] Amendment to Case Management and Pretrial Order for Jury Trial, subject to the approval of the Court;

WHEREAS, the parties have exchanged informal lists of document requests regarding Microsoft's new claims and defenses and Datel's defenses thereto; and

WHEREAS, the parties believe that with good faith negotiation to narrow the requests, it will be possible to produce responsive documents by June 30, 2011,

IT IS HEREBY ORDERED THAT the Case Management and Pretrial Order for Jury Trial entered on September 22, 2010, is amended in the following respects and, except as amended, remains in effect:

1.   TRIAL DATE

a.   Datel proposes that trial begin on April 10, 2012, at 8:30 a.m. Microsoft proposes that trial begin on April 17, 2012, at 8:30 a.m., or on such other date as is convenient for the Court. Having considered the parties' positions and proposed pretrial schedule and the Court's own schedule, the Court sets trial to commence on May 7, 2012, at 8:30 a.m. If an earlier trial date in April 2011 becomes available, the Court will consider advancing the trial.

2.   DISCOVERY

a.   Non-expert discovery is reopened only as to Microsoft's new claims and defenses and Datel's defenses thereto. Such non-expert discovery shall be completed no later than August 19, 2011.

b.   The parties shall make their best efforts to produce documents responsive to the informal document requests they have exchanged, after narrowing the requests through good faith negotiations, by June 30, 2011, and shall meet and confer about any documents that cannot be produced by that time.

c.   Rebuttal reports from design patent expert witnesses, antitrust liability expert witnesses, and technical experts (including Datel's rebuttal to Mr. Reiss), except to the extent such reports will address the newly-asserted claims or the FCC issues, shall be served no later than May 27, 2011. Rebuttal report(s) from Datel's FCC expert(s) shall be served no later

than June 28, 2011.  Microsoft's FCC expert has already served his report.  Should Microsoft wish to file a responsive report to Datel's FCC expert(s)' report(s), it should do so promptly and in no event later than July 15, 2011.  Discovery of design patent experts, antitrust liability experts, and technical experts shall be completed no later than June 27, 2011.  Discovery of FCC experts shall be completed no later than July 22, 2011.

        d.     Any additional initial expert disclosures regarding the newly-asserted claims and defenses and defenses thereto shall be served no later than September 1, 2011.  Rebuttal expert disclosures shall be served no later than September 30, 2011, on the newly-asserted claims and defenses and defenses thereto and on damages issues.  All expert discovery on the newly-asserted claims and defenses and defenses thereto, and on damages shall be completed no later than October 21, 2011.

        e.     Initial disclosures pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure shall be made regarding the newly-asserted claims and defenses and defenses thereto by no later than May 23, 2011.

        f.     Microsoft shall disclose, in accordance with Code of Civil Procedure § 2019.210, the trade secrets it contends were misappropriated by no later than May 31, 2011.

        g.     The parties shall meet and confer regarding the extent to which, if any, additional written discovery or time for depositions is appropriate and necessary and shall advise the Court of their agreement, or their respective positions if they cannot agree.

       3.     MOTIONS

        a.     Datel requests that it be permitted to bring motions in three rounds, each of which is described below.  Datel believes that an early round of summary judgment hearings will streamline the case and notes that there have been no expert reports submitted by the parties on the trademark claims and that all expert reports regarding the DMCA claims will have been exchanged prior to the proposed filing date.  Microsoft requests that there be only two rounds of motion and that the first round proposed by Datel, which Microsoft believes is too early, be eliminated, including because it comes before expert depositions on the trademark and DMCA

issues will be concluded and because Microsoft's DMCA motions will be brought in the second round. Having considered the parties' positions, the Court will permit three rounds of dispositive motions as follows:

b. If the Court permits a first round of dispositive motions as proposed by Datel, Datel expects to file a motion for summary judgment or partial summary judgment regarding the trademark and DMCA counterclaims. Microsoft does not intend to file any motions in this round. Dispositive motions that Datel wishes to file in the first round, if permitted by the Court, shall be served and filed no later than June 3, 2011. Any opposition to these motions shall be served and filed no later than July 1, 2011. Any replies to the oppositions shall be served and filed no later than July 15, 2011. The hearing on the first round of dispositive motions is set for Wednesday, August 10, 2011, at 9:30 a.m.

c. If the Court permits a first or second round of dispositive motions as proposed by Microsoft and Datel, respectively, Datel expects to file the motion it would file in the first round (above) if that first round is not permitted and also to file motions regarding the design patent defense and interference counterclaim, and Microsoft expects to file motions for summary judgment or partial summary judgment addressing antitrust liability, market definition, DMCA liability, and design patent defenses. Dispositive motions that the parties wish to file in this first or second round shall be served and filed no later than August 8, 2011. Any opposition to these motions shall be served and filed no later than August 29, 2011. Any replies to the oppositions shall be served and filed no later than September 19, 2011. The hearing on the second round of dispositive motions is set for Friday, October 14, 2011, at 9:30 a.m.

d. If the Court permits a second or third round of dispositive motions as proposed by Microsoft and Datel, respectively, Datel expects to file motions regarding the copyright and trade secret counterclaims and the FCC issue, and Microsoft expects to file motions for summary judgment or partial summary judgment addressing causation and damages, copyright, trade secret, FCC and other newly-asserted claims. Dispositive motions that the parties wish to file in this second or third round shall be served and filed no later than November

1   4, 2011. Any opposition to these motions shall be served and filed no later than November 28,

2   2011. Any replies to the oppositions shall be served and filed no later than December 16, 2011.

3   The hearing on the third round of dispositive motions is set for Thursday, January 5, 2011, at 9:30

4   a.m.

5       4.      PRETRIAL CONFERENCE

6       a.      A pretrial conference shall be held on Wednesday, March 28, 2012, at 2:00

7   p.m., in Courtroom E, 15th Floor. Lead counsel shall meet and confer no later than January 20,

8   2012, to address the issues set forth in the Court's original Case Management and Pretrial Order

9   for Jury Trial. Pretrial submissions, including motions in limine, shall be filed no later than

10  February 14, 2012. Responses and oppositions to these pretrial filings, including oppositions to

11  any motions in limine, shall be served and filed no later than March 6, 2012.

12  DATED: June 2, 2011

13                                              _____
                                                The Honorable Elizabeth D. Laporte
                                                United States Magistrate Judge

14

15

16  Approved as to form:

    MUNGER, TOLLES & OLSON LLP
17

18

19  By:   /s/ Gregory P. Stone
          Gregory P. Stone
20        Attorneys for Defendant and
          Counterclaimant
          Microsoft Corporation
21

    HOWARD RICE NEMEROVSKI CANADY
22  FALK & RABKIN PC

23

24  By:   /s/ Daniel B. Asimow
          Daniel B. Asimow
25        Attorneys for Plaintiffs and
          Counterclaimant Defendants
26        Datel Holdings Ltd., et al.

27

28

14027096.4