| | |
|---|---|
| GREGORY P. STONE (SBN 078329) | HOJOON HWANG (SBN 184950) |
| Gregory.Stone@mto.com | Hojoon.Hwang@mto.com |
| PETER E. GRATZINGER (SBN 228764) | ROHIT K. SINGLA (SBN 213057) |
| Peter.Gratzinger@mto.com | Rohit.Singla@mto.com |
| MUNGER, TOLLES & OLSON LLP | JONATHAN H. BLAVIN (SBN 230269) |
| 355 South Grand Avenue | Jonathan.Blavin@mto.com |
| Thirty-Fifth Floor | MICHAEL J. MONGAN (SBN 250374) |
| Los Angeles, CA 90071-1560 | Michael.Mongan@mto.com |
| Telephone: (213) 683-9100 | MUNGER, TOLLES & OLSON LLP |
| Facsimile: (213) 687-3702 | 560 Mission Street, |
| | Twenty-Seventh Floor |
| | San Francisco, CA 94105-2907 |
| Attorneys for Defendant | Telephone: (415) 512-4032 |
| MICROSOFT CORPORATION | Facsimile: (415) 512-4077 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., <br><br> Plaintiffs and Counterclaimant Defendants, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant and Counterclaimant. | CASE NO. CV 09-5535 EDL <br><br> **MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO THE BRIEF OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION AND PUBLIC KNOWLEDGE** <br><br> Courtroom: E, 15th Floor <br> Judge: Mag. Judge Elizabeth D. Laporte |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 7-11, Microsoft Corporation ("Microsoft") will and hereby does move the Court for leave to file a response to the Brief of Amici Curiae Electronic Frontier Foundation ("EFF") and Public Knowledge.

Plaintiffs Datel Holdings Ltd. and Datel Design & Development, Inc. (collectively, "Datel") filed their motion for partial summary judgment on Microsoft's DMCA Counterclaim on June 3. *See* Dkt. No. 228. On the same day, Datel moved for administrative relief to exceed the page limit for its motion, due to the "legally and technologically complex" issues involved in its motion which "require[] careful discussion and analysis." Dkt. No. 215 at 1. Microsoft supported Datel's request for additional pages on the condition that Microsoft would receive the same number of additional pages for Microsoft's opposition brief. *See id.*

Amici then moved on June 15 for leave to file a brief in support of Datel's motion for partial summary judgment (the "EFF brief"). *See* Dkt. No. 237. Microsoft did not oppose this request. *Id.* at 1. Having reviewed the EFF brief, Microsoft believes that the Court would benefit from a short separate response by Microsoft to the arguments and assertions raised therein. Amici present *21 pages of argument* concerning Microsoft's DMCA counterclaim. The EFF brief mischaracterizes the nature of Microsoft's DMCA claims. For example, it mistakenly argues that Microsoft contends that Datel's controllers and headsets violate the DMCA, *see* Dkt. No. 239 at 2, when in fact Microsoft has asserted no such claim. Amici also advance arguments that are barely touched upon, or not addressed at all, in Datel's brief. For example, Amici argue that Microsoft's counterclaim under 17 U.S.C. § 1201 constitutes a "misuse of copyright." *Id.* at 13; *see id.* at 13-21. This argument is hardly mentioned in Datel's brief. Amici also argue that customers have "implied authority" to use Datel's circumvention devices based on the common law doctrine of exhaustion. *See id.* at 9-12. Datel does not make this argument. Microsoft therefore respectfully requests leave to file a separate response to the 21-page EFF brief in a few weeks, once Microsoft has had time to research and respond to EFF's arguments. Microsoft will limit its opposition to ten (10) pages and proposes to submit it on July 15, 2011, the same day as Datel's reply.

Microsoft will require all of the pages allotted for its opposition brief to respond to the

- 1 -

ADMIN. MOTION FOR LEAVE TO FILE
RESPONSE TO AMICUS CURIAE BRIEF
CASE NO. CV 09-5535 EDL

1 arguments raised in Datel's Motion—arguments that Datel describes as so "legally and
2 technologically complex" that they required additional pages of briefing. Dkt. No. 215 at 1.
3 Absent leave to file a separate response, Microsoft will be unfairly prejudiced, and the Court will
4 be deprived of adversarial briefing on the novel legal theories advanced by Amici.

5     Microsoft's separate response to the EFF brief should be due on July 15, 2011. Microsoft
6 received Datel's motion for partial summary judgment on June 3, 2011, and must focus its
7 attention during the next two weeks on drafting its opposition to that motion, which is due on July
8 1. Microsoft did not obtain a copy of the EFF brief until June 15, 2011, and has been occupied in
9 the time since then with responding to Datel's recent motion to compel regarding Microsoft's
10 trade secrets designation, as well as Datel's motion to shorten time on that motion. Microsoft
11 should have additional time after July 1 to research and prepare its response to the unique
12 arguments raised in the EFF brief.

13     Microsoft has met and conferred with counsel for Amici and counsel for Datel regarding
14 the relief sought in this motion. *See* Declaration of Michael J. Mongan in Support of
15 Administrative Motion for Leave to File Response to the Brief of Amici Curiae Electronic
16 Frontier Foundation and Public Knowledge, ¶¶ 5-6. Amici do not oppose the filing of a 10-page
17 reply due on July 15, 2011 by Microsoft. *Id.* ¶ 5. Datel opposes Microsoft's requests, but stated
18 that it would not oppose a separate response of five pages due one week after Microsoft's
19 opposition, *i.e.*, on July 8, 2011. *Id.* ¶ 6. Respectfully, five pages is insufficient to address the
20 several new arguments raised in the 21-page EFF brief, and a July 15 deadline—the same day
21 Datel's reply papers are due—should provide the Court with adequate time to review the papers in
22 their entirety.

23     For the foregoing reasons, Microsoft respectfully requests that this Motion be granted.

24 DATED: June 20, 2011                                     Munger, Tolles & Olson LLP
25
26                                                           By:      */s/ Hojoon Hwang*
27                                                                Hojoon Hwang
                                                               Attorneys for Defendant
28