1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>Plaintiffs and Counterclaimant Defendants<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant and Counterclaimant | CASE NO.  CV 09-5535 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO BRIEF OF AMICI CURIAE ELECTRONIC FRONTIER FOUNDATION AND PUBLIC KNOWLEDGE** |

1  FOR GOOD CAUSE SHOWN, the motion of Microsoft Corporation for leave to file a response to the brief of Amici Curiae Electronic Frontier Foundation and Public Knowledge is hereby GRANTED.  Microsoft's brief shall not exceed ten (10) pages in length, and shall be served and filed no later than July 15, 2011.

IT IS SO ORDERED.

Dated: June _23_, 2011

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:_____/s/ Hojoon Hwang_____
       HOJOON HWANG

Attorneys for Defendant
Microsoft Corp.

- 1 - [PROPOSED] ORDER GRANTING ADMIN. MOT. FOR LEAVE TO FILE RESPONSE; NO. CV 09-5535 EDL