1  GREGORY P. STONE (SBN 078329)
   Gregory.Stone@mto.com
2  PETER E. GRATZINGER (SBN 228764)
   Peter.Gratzinger@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
4  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
5  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
6
7  HOJOON HWANG (SBN 184950)
   Hojoon.Hwang@mto.com
8  ROHIT K. SINGLA (SBN 213057)
   Rohit.Singla@mto.com
9  JONATHAN H. BLAVIN (SBN 230269)
   Jonathan.Blavin@mto.com
10 MICHAEL J. MONGAN (SBN 250374)
   Michael.Mongan@mto.com
11 MUNGER, TOLLES & OLSON LLP
   560 Mission Street,
12 Twenty-Seventh Floor
   San Francisco, CA 94105-2907
13 Telephone: (415) 512-4032
   Facsimile: (415) 512-4077
14
   Attorneys for Defendant
15 MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>　　　　Plaintiffs and Counterclaimant Defendants<br><br>　　vs.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant and Counterclaimant | CASE NO. CV 09-5535 EDL<br><br>**NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL CERTAIN DOCUMENTS** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Pursuant to Local Rules 79-5 and 7-11, Defendant Microsoft Corporation
3 ("Microsoft") hereby gives notice to all counsel of record of its Motion for Administrative Relief
4 to File Under Seal parts of the following documents:

5 - Microsoft Corporation's Opposition To Plaintiffs' Motion To Compel And
6  For Protective Order Pursuant To Cal. Code Civ. Proc. § 2019.210
7 - Gratzinger Declaration In Support of Microsoft Corporation's Opposition
8  To Plaintiffs' Motion To Compel And For Protective Order Pursuant To
9  Cal. Code Civ. Proc. § 2019.210 and exhibits thereto

10  As set forth in the Declaration of Peter E. Gratzinger in Support of Microsoft's
11 Administrative Motion to File Under Seal, these documents contain sensitive, non-public
12 information which Microsoft has designated as "Confidential" or "Highly Confidential -
13 Attorneys' Eyes Only" under the Protective Order and which Microsoft believes would cause it
14 competitive injury or other irreparable harm if it became public. As such, good cause exists to
15 file this information under seal under Local Rule 79-5.

16  Microsoft will prepare a narrowly tailored, public, redacted versions of this
17 document for Datel's review. Once the parties have met and conferred and agreed upon the scope
18 of the redactions, Microsoft will file the public, redacted versions with the Court.

19  Microsoft hereby respectfully requests leave to file under seal the confidential
20 document set forth above.

21
22 DATED: June 30, 2011                    Munger, Tolles & Olson LLP
23
24                                          By: */s/ Peter E. Gratzinger*
                                                Peter E. Gratzinger
25
                                            Attorneys for Defendant
26                                          MICROSOFT CORPORATION
27
28

14234761.1                    - 1 -              ADMIN. MOT. TO FILE UNDER SEAL
                                                 CASE NO. CV 09-5535 EDL