1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 DATEL HOLDINGS LTD. and DATEL<br>13 DESIGN & DEVELOPMENT, INC.,<br>14       Plaintiffs and<br>      Counterclaimant<br>15       Defendants<br>16   vs.<br>17 MICROSOFT CORPORATION,<br>18       Defendant and<br>      Counterclaimant<br>19 | CASE NO. CV 09-5535 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS** |

20
21
22
23
24
25
26
27
28

1 | As set forth in Microsoft's Motion for Administrative Relief To File Under Seal Certain Documents, and pursuant to Civil Local Rules 7-11 and 79-5, Microsoft has submitted to Judge's chambers the following confidential documents:

- Microsoft Corporation's Opposition To Plaintiffs' Motion To Compel And For Protective Order Pursuant To Cal. Code Civ. Proc. § 2019.210
- Gratzinger Declaration In Support of Microsoft Corporation's Opposition To Plaintiffs' Motion To Compel And For Protective Order Pursuant To Cal. Code Civ. Proc. § 2019.210 and exhibits thereto

Pursuant to Local Rule 79-5(c), Microsoft has provided a redacted, public version of these documents.

FOR GOOD CAUSE SHOWN, the above documents are to be filed under seal.

IT IS SO ORDERED.

Dated: July, _____, 2011

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:  */s/ Peter E. Gratzinger*
        PETER E. GRATZINGER

Attorneys for Defendant
Microsoft Corp.