GREGORY P. STONE (SBN 078329)
Gregory.Stone@mto.com
PETER E. GRATZINGER (SBN 228764)
Peter.Gratzinger@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
MICROSOFT CORPORATION

HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
ROHIT K. SINGLA (SBN 213057)
Rohit.Singla@mto.com
JONATHAN H. BLAVIN (SBN 230269)
Jonathan.Blavin@mto.com
MICHAEL J. MONGAN (SBN 250374)
Michael.Mongan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4032
Facsimile: (415) 512-4077

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>    Plaintiffs and Counterclaimant Defendants,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant and Counterclaimant. | CASE NO.  CV 09-5535 EDL<br><br>**DECLARATION OF JAMES MILLER IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:      August 10, 2011<br>Time:      9:30 a.m.<br>Courtroom: E, 15th Floor<br>Judge:    Mag. Judge Elizabeth D. Laporte |

1    I, James Miller, hereby declare:

2        1.      I am a Senior Director in the Third Party Developer Account Management Team at

3    Microsoft Corporation.  I make this declaration based on my personal knowledge, and, if called

4    upon as a witness, I could and would testify competently as to the matters set forth below.

5        2.      A wide variety of content can be stored on a memory unit for the Microsoft Xbox

6    360 beyond traditional "game saves" that capture the existing state of play of a game.

7        3.      For example, users can save on their memory units a game save for the Xbox 360

8    game "Rock Band," which contains multi-track recordings of popular musical works.  Thus, a

9    game save of "All You Need Is Love" for the "The Beatles Rock Band" game on the Xbox 360

10   will contain guitar, bass, and drum tracks for "All You Need Is Love," with each instrumental

11   recording separated into distinct files.  If individuals were to hack the "All You Need Is Love"

12   game save, they could manipulate, distribute copies, and remix the original song from this

13   content.

14       4.      Xbox 360 users also are able to download onto their memory units a wide range of

15   other content from the Xbox LIVE Marketplace.  For example, users can download entire video

16   games to their memory units, such as arcade classics like Pac Man or Sonic the Hedgehog.  A list

17   of games downloadable from the Xbox LIVE Marketplace can be found at this website:

18   http://marketplace.xbox.com/en-US/Games/FullGames.

19       5.      Users also can download onto their memory units from the Xbox LIVE

20   Marketplace a number of different "add-ons" for games, including additional levels, skins, and

21   maps.  A list of game add-ons downloadable from the Xbox LIVE Marketplace can be found at

22   this website:  http://marketplace.xbox.com/en-US/Games/GameAddons.

23       6.      Finally, users can download from the Xbox LIVE Marketplace onto their memory

24   units a wide variety of other audio-visual content, including popular music videos, television

25   shows, and films.

26

27

28

DECL. OF JAMES MILLER ISO DEF'S OPP.
TO PLS' MOTION FOR PARTIAL S.J.
CASE NO. CV 09-5535 EDL

1        I declare under penalty of perjury under the laws of the United States of America

2   and the State of California that the foregoing is true and correct.

3        Executed on June 30, 2011 at Boston, Massachusetts.

4

5

6                                                James Miller

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                              DECL. OF JAMES MILLER ISO DEF'S OPP.
                                   TO PLS' MOTION FOR PARTIAL S.J.
                                   CASE NO. CV 09-5535 EDL