| | |
|---|---|
| 1 | GREGORY P. STONE (SBN 078329) |
| 2 | Gregory.Stone@mto.com<br>MUNGER, TOLLES & OLSON LLP |
| 3 | 355 South Grand Avenue<br>Thirty-Fifth Floor |
| 4 | Los Angeles, CA 90071-1560<br>Telephone: (213) 683-9100 |
| 5 | Facsimile: (213) 687-3702 |
| 6 | HOJOON HWANG (SBN 184950) |
| 7 | Hojoon.Hwang@mto.com<br>ROHIT K. SINGLA (SBN 213057) |
| 8 | Rohit.Singla@mto.com<br>JONATHAN H. BLAVIN (SBN 230269) |
| 9 | Jonathan.Blavin@mto.com |
| 10 | MICHAEL J. MONGAN (SBN 250374)<br>Michael.Mongan@mto.com |
| 11 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, |
| 12 | Twenty-Seventh Floor<br>San Francisco, CA 94105-2907 |
| 13 | Telephone: (415) 512-4032<br>Facsimile: (415) 512-4077 |
| 14 | |
| 15 | Attorneys for Defendant<br>MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., | ) | CASE NO. CV 09-5535 EDL |
| Plaintiffs and Counterclaimant Defendants, | ) | **PROOF OF SERVICE** |
| vs. | ) | |
| MICROSOFT CORPORATION, | ) | |
| Defendant and Counterclaimant. | ) | |

14372061.1

PROOF OF SERVICE
CV 09-5535 EDL

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On July 1, 2011, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;**

**DECLARATION OF SEBASTIAN LANGE IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

[X] **BY ELECTRONIC MAIL** to the following by attaching true and correct copy(ies) in pdf format thereof, as set out below, in an email clearly labeled to identify the person(s) being served at the email address(es) set forth below:

**Martin R. Glick, Bernard A. Burk, Daniel B. Asimow, Robert Hallman, and Michelle Ybarra**
Email: DatelTeam@howardrice.com
**HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN**
Three Embarcadero Center, 7th Floor,
San Francisco, CA 94111-4024
Telephone: (415) 434-1600  Fax: (415) 217-5910

[X] **BY MAIL (AS INDICATED BELOW)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the U.S. Postal Service at 560 Mission Street, 27th Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the U.S. Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the U.S. Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

**Martin R. Glick**
**HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN**
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024

14372061.1

PROOF OF SERVICE
CV 09-5535 EDL

1
2  ☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
3
4        Executed on July 1, 2011, at San Francisco, California.

_____
STEVEN UHRIG

14372061.1

PROOF OF SERVICE
CV 09-5535 EDL