1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>    Plaintiffs and Counterclaimant Defendants<br><br>    vs.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant and Counterclaimant | CASE NO.  CV 09-5535 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL CERTAIN DOCUMENTS** |

As set forth in Microsoft's Motion for Administrative Relief To File Under Seal Certain Documents, and pursuant to Civil Local Rules 7-11 and 79-5, Microsoft has submitted to Judge's chambers the following confidential documents:

- Microsoft Corporation's Opposition To Plaintiffs' Motion To Compel And For Protective Order Pursuant To Cal. Code Civ. Proc. § 2019.210
- Gratzinger Declaration In Support of Microsoft Corporation's Opposition To Plaintiffs' Motion To Compel And For Protective Order Pursuant To Cal. Code Civ. Proc. § 2019.210 and exhibits thereto

Pursuant to Local Rule 79-5(c), Microsoft has provided a redacted, public version of these documents.

FOR GOOD CAUSE SHOWN, the above documents are to be filed under seal.

IT IS SO ORDERED.

Dated: July, __15__, 2011

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: _/s/ Peter E. Gratzinger_
     PETER E. GRATZINGER

Attorneys for Defendant
Microsoft Corp.

- 1 -    [PROPOSED] ORDER GRANTING MOT. TO FILE UNDER SEAL; NO. CV 09-5535 EDL