1 | MARC E. MAYER (SBN 190969)
mem@msk.com
2 | MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
3 | Los Angeles, California 90064-1683
Telephone: (310) 312-2000
4 | Facsimile: (310) 312-3100

5 | Attorneys for *Amicus Curiae*
ENTERTAINMENT SOFTWARE
6 | ASSOCIATION

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. And DATEL DESIGN & DEVELOPMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | CASE NO.  09-cv-5535 EDL <br><br><br> [~~PROPOSED~~] **ORDER GRANTING THE MOTION OF ENTERTAINMENT SOFTWARE ASSOCIATION FOR LEAVE TO FILE BRIEF AS** ***AMICUS CURIAE*** |
| MICROSOFT CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> DATEL HOLDINGS LTD. And DATEL DESIGN & DEVELOPMENT, INC., <br><br> Counterclaim Defendant. | Date:     August 10, 2011 <br> Time:     9:30 a.m. <br> Courtroom: E, 15th Floor <br> Judge:    Mag. Judge Elizabeth D. Laporte |

Mitchell Silberberg & Knupp LLP

3956696.1

CASE NO.  09-cv-5535 EDL

[PROPOSED] ORDER

## [~~PROPOSED~~] ORDER

The Court has read and considered the Motion For Administrative Relief For Leave to File Brief as *Amicus Curiae* (the "Motion").

Good cause appearing, the Motion is GRANTED.

Leave is hereby granted for ENTERTAINMENT SOFTWARE ASSOCIATION to file a brief as *amicus curiae*. The brief of *amicus curiae*, attached to the Motion, hereby is ordered and deemed filed.

**IT IS SO ORDERED**

DATED: __July 15, 2011__    _____
Elizabeth D. Laporte
United States Magistrate Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*