IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DATEL HOLDINGS LTD,                           No. C-09-05535 EDL

    Plaintiff,                                     **ORDER GRANTING IN PART**
                                                   **PLAINTIFF'S MOTION TO COMPEL**
  v.

MICROSOFT CORPORATION,

    Defendant.
                                   /

        On July 29, 2011, the Court held a hearing on Plaintiff's Motion to Compel or for a Protective Order Pursuant to California Code of Civil Procedure section 2019.210.  For the reasons stated at the hearing, Plaintiff's Motion is granted, insofar as Defendant shall provide a more detailed description of its trade secrets by identifying source code files that embody the trade secrets, although it may do so as part of discovery rather than a pleading pursuant to Code of Civil Procedure section 2019.210.  If the code files are longer than thirty-six pages, then Defendant shall identify page and line numbers within the source code files that embody the trade secrets.  Defendant's description of  trade secrets shall be binding on Defendant and not subject to alteration, for example, in  the form of a response to an interrogatory or a request for admission.  Defendant shall provide as much detailed information as possible before the parties take the next depositions in London.  No later than August 10, 2011, Defendant shall provide full descriptions of the trade secrets in accordance with this Order.

**IT IS SO ORDERED.**

Dated: July 29, 2011

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge