IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATEL HOLDINGS LTD, | No. C-09-05535 EDL |
| Plaintiff, | **ORDER CONTINUING HEARING DATE FOR SECOND ROUND OF MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

On July 29, 2011, the Court issued a stipulation and order that contained, among other things, an October 28, 2011 hearing date for the second round of summary judgment motions. However, the Court is unavailable on that day for the hearing. Therefore, the second round of motions for summary judgment shall be heard on November 2, 2011 at 9:00 a.m. The briefing schedule shall remain as stipulated in the July 29, 2011 Order.

**IT IS SO ORDERED.**

Dated: August 1, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge