Corynne McSherry (CA SBN 221504)
corynne@eff.org
Abigail Phillips (CA SBN 225562)
abigail@eff.org
Marcia Hofmann (CA SBN 250087)
marcia@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Jason M. Schultz (CA SBN 212600)
jschultz@law.berkeley.edu
SAMUELSON LAW, TECHNOLOGY &
PUBLIC POLICY CLINIC
U.C. Berkeley School of Law
396 Simon Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-0499
Facsimile: (510) 643-4625

Sherwin Siy (DC SBN 501024)
ssiy@publicknowledge.org
PUBLIC KNOWLEDGE
1818 N Street, NW, Suite 410
Washington, DC 20036
Telephone: (202) 861-0020
Facsimile: (202) 861-0040

Attorneys for Amicus Curiae
ELECTRONIC FRONTIER
FOUNDATION

Attorneys for Amicus Curiae
PUBLIC KNOWLEDGE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DATEL HOLDINGS LTD. And DATEL DESIGN & DEVELOPMENT, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br>  Defendant. | CASE NO. 09-cv-5535 EDL <br><br> **ELECTRONIC FRONTIER FOUNDATION AND PUBLIC KNOWLEDGE'S MOTION FOR LEAVE TO FILE REPLY BRIEF AMICI CURIAE IN SUPPORT OF DATEL'S MOTION FOR PARTIAL SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON** <br><br> Courtroom: E, 15th Floor <br> Magistrate Judge Elizabeth D. Laporte |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the undersigned proposed Amici Curiae will and hereby do move the Court for leave to file the accompanying proposed Reply Brief Amici Curiae In Support of Datel's Motion for Partial Summary Judgment. Plaintiffs consent to the filing of this brief. Defendant does not.

**I.      Statement of Interest of Amici Curiae**

As explained in Amici's motion for leave to file their principal brief, the Electronic Frontier Foundation (EFF) is a non-profit, member-supported civil liberties organization working to protect rights in the digital world. As part of its mission, EFF has served as counsel or amicus in key cases addressing user rights to free speech, privacy, and innovation as applied to the Internet and other new technologies.  Public Knowledge is a non-profit public interest 501(c)(3) corporation, working to defend citizens' rights in the emerging digital culture. Its primary mission is to promote innovation, protect the legal rights of all users of copyrighted works, and ensure that copyright law remains balanced and does not slow technology innovation, unduly burden free speech, shrink the public domain, or prevent fair use.

**II.     Issues Addressed by Movants in the Brief**

EFF and Public Knowledge file this brief in order to assist the Court in its consideration of the proper scope of Section 1201(a) of the Digital Millennium Copyright Act ("DMCA"), and the common law doctrines of misuse and exhaustion.  Defendant Microsoft and its amicus ESA submitted briefing in response to EFF and PK's principal brief that misconstrues the arguments and misstates the holding of the key controlling case in this circuit on Section 1201 liability, *MDY Industries v. Blizzard Entertainment*, 629 F.3d 928 (9th Cir. 2010) ("*MDY*").  *See* Def. Resp. to EFF Am. Br.; ESA Am. Br. EFF and PK seek leave to file a short reply brief in order to correct these misstatements and explain how EFF and PK's approach is consistent with the text and structure of 17 U.S.C. § 1201 as well as long-standing common law precedents.

These issues are particularly pressing because an erroneous interpretation of *MDY* and its teachings could lead to subsequent decisions that may significantly limit consumers' ability to make

reasonable uses of products they lawfully purchase. Thus, Amici believe this brief will assist the Court's deliberations regarding the important legal issues raised in this case.

**CONCLUSION**

For the above reasons, EFF and Public Knowledge respectfully request this Court's leave to submit the accompanying brief.

Dated: July 29, 2011                             By:   /s/ Corynne McSherry

                                                 Corynne McSherry, Esq.
                                                 Abigail Phillips, Esq.
                                                 Marcia Hofmann, Esq.
                                                 ELECTRONIC FRONTIER FOUNDATION

                                                 Jason M. Schultz, Esq.
                                                 SAMUELSON LAW, TECHNOLOGY & PUBLIC POLICY CLINIC

                                                 Attorneys for Amicus Curiae
                                                 ELECTRONIC FRONTIER FOUNDATION

                                                 Sherwin Siy, Esq.
                                                 PUBLIC KNOWLEDGE

                                                 Attorneys for Amicus Curiae
                                                 PUBLIC KNOWLEDGE

### [PROPOSED] ORDER

Good cause appearing, the motion of the EFF and Public Knowledge for leave to file a brief of amici curiae is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: __August 1, 2011__

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge