UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATEL HOLDINGS LTD,

            Plaintiff(s),

      v.

MICROSOFT CORPORATION,

            Defendant(s).

_____/

No. C- 09-05535 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Summary Judgment before Magistrate Judge Laporte previously noticed for November 2, 2011 at 9:00 a.m. has been reset to **November 4, 2011** at **9:30 a.m.** Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

The briefing schedule shall remain in effect as stipulated in the July 29, 2011 Order.

Dated: August 3, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Kristen Seib
Deputy Clerk

United States District Court
For the Northern District of California