1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>  Plaintiffs and Counterclaimant Defendants<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>  Defendant and Counterclaimant | CASE NO.  CV 09-5535 EDL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO FILE SUR-REPLY |

1  GOOD CAUSE APPEARING, the Motion of Defendant Microsoft Corporation for Leave to File a Sur-reply and the supporting declarations of Jonathan H. Blavin and Randel Reiss is hereby granted. The sur-reply and supporting declarations submitted concurrently with the Motion are ordered filed.

Dated: August __4__, 2011

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: ___/s/ Jonathan H. Blavin_____
     JONATHAN H. BLAVIN

     Attorneys for Defendant
     Microsoft Corp.