MARTIN R. GLICK (No. 40187)
mglick@howardrice.com
JEROME B. FALK (No. 39087)
jfalk@howardrice.com
DANIEL B. ASIMOW (No. 165661)
dasimow@howardrice.com
ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Plaintiffs
DATEL HOLDINGS LTD. and DATEL
DESIGN & DEVELOPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | No. 09-CV-05535 EDL <br><br> Action Filed: November 20, 2009 <br><br> MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL 1) PORTIONS OF DATEL'S OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUR-REPLY AND 2) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF DATEL'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

# NOTICE OF MOTION AND MOTION FOR ADMINISTRATIVE RELIEF SEALING DOCUMENTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rules 79-5 and 7-11(a), Plaintiffs Datel Holdings Ltd. and Datel Design and Development, Inc. (collectively, "Datel") hereby give notice to all counsel of record of its Motion For Administrative Relief To File Under Seal 1) Portions Of Datel's Opposition To Microsoft's Motion For Leave To File Sur-Reply And 2) Exhibit 2 To The Supplemental Declaration Of Edward A. Bayley In Support Of Datel's Reply Memorandum Of Points And Authorities In Support Of Plaintiffs' Motion For Partial Summary Judgment (DMCA Counterclaim) (the "Administrative Motion").

1. Pursuant to Civil Local Rule 79-5(d), Datel requests an order sealing portions of the following documents: 1) Datel's Opposition to Microsoft's Motion For Leave to File Sur-Reply and the 2) Exhibit 2 to the Supplemental Declaration Of Edward A. Bayley In Support Of Datel's Reply Memorandum Of Points And Authorities In Support Of Plaintiffs' Motion For Partial Summary Judgment (DMCA Counterclaim). As set forth in the Declaration of Edward A. Bayley submitted in support of the Administrative Motion, these documents either are designated by Defendant Microsoft Corporation as "CONFIDENTIAL" or "ATTORNEYS EYES ONLY" pursuant to the Stipulated Protective Order signed by all parties to this litigation and approved by the Court on April 12, 2010, or rely on such documents.

2. On April 26, 2011, counsel for Microsoft advised counsel for Datel that this Court's clerk requested that neither party lodge redacted papers with the Court, but that the parties should file redacted papers via ECF after reaching agreement regarding the scope of the redactions. In reliance on counsel's representation, Datel is following this procedure, and will file redacted versions of its papers after reaching agreement with Microsoft regarding the appropriate scope of redactions.

1     For the foregoing reasons, Plaintiffs respectfully request that this Motion be granted.

2

3

4   DATED: August 5, 2011          Respectfully,

5                                     MARTIN R. GLICK
                                    JEROME B. FALK

6                                     DANIEL B. ASIMOW
                                    ROBERT D. HALLMAN

7                                     SHAUDY DANAYE-ELMI
                                    HOWARD RICE NEMEROVSKI CANADY

8                                         FALK & RABKIN
                                    A Professional Corporation

9

10                                   By:      /s/ *Edward A. Bayley*
                                                  EDWARD A. BAYLEY

11                                   Attorneys for Plaintiffs DATEL HOLDINGS LTD.
                                  and DATEL DESIGN & DEVELOPMENT, INC.

12   W03 131100017/ /1655141/F

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL         09-CV-05535 EDL

-2-