MARTIN R. GLICK (No. 40187)
mglick@howardrice.com
JEROME B. FALK (No. 39087)
jfalk@howardrice.com
DANIEL B. ASIMOW (No. 165661)
dasimow@howardrice.com
ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile:       415/677-6262

Attorneys for Plaintiffs
DATEL HOLDINGS LTD. and DATEL DESIGN
& DEVELOPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | No. 09-CV-05535 EDL<br><br>Action Filed: November 20, 2009<br><br>DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL 1) PORTIONS OF DATEL'S OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUR-REPLY AND 2) EXHIBIT 2 TO THE SUPPLEMENTAL DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF DATEL'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

I, Edward A. Bayley, declare as follows:

1. I am an attorney licensed to practice law in the State of California and an associate at the law firm of Howard Rice Nemerovski Canady Falk & Rabkin, a Professional Corporation, counsel for Plaintiffs in the above-captioned case (collectively, "Datel"). I make this Declaration pursuant to Civil Local Rules 7-11 and 79-5(d). I submit this Declaration in Support of Datel's Motion For Administrative Relief To File Under Seal 1) Portions Of Datel's Opposition To Microsoft's Motion For Leave To File Sur-Reply And 2) Exhibit 2 To The Supplemental Declaration Of Edward A. Bayley In Support Of Datel's Reply Memorandum Of Points And Authorities In Support Of Plaintiffs' Motion For Partial Summary Judgment (DMCA Counterclaim) (the "Administrative Motion"). Except as otherwise stated, the representations made in this declaration are based on my personal knowledge and, if called upon to do so, I could and would testify competently to the facts stated herein.

2. *Pursuant to Rule 79-5(d)*. Exhibit 2 to the Supplemental Declaration Of Edward A. Bayley In Support Of Datel's Reply Memorandum Of Points And Authorities In Support Of Plaintiffs' Motion For Partial Summary Judgment (DMCA Counterclaim) is an excerpt from a deposition transcript that Defendant Microsoft Corporation designated "CONFIDENTIAL" or "ATTORNEYS EYES ONLY" pursuant to the Stipulated Protective Order.

3. Certain portions of the Datel's Opposition to Microsoft's Motion for Leave to File Sur-Reply ("Sur-Reply Opposition") reflect the contents of documents previously sealed by this Court, and, for that reason, Datel respectfully requests that those portions of the Sur-Reply Opposition be sealed.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge. Executed this 5th day of August, 2011, at San Francisco, California.

                                                      /s/ *Edward A. Bayley*
                                                      EDWARD A. BAYLEY

W03 131100017/ /1655142/F