MARTIN R. GLICK (No. 40187)
mglick@howardrice.com
JEROME B. FALK (No. 39087)
jfalk@howardrice.com
DANIEL B. ASIMOW (No. 165661)
dasimow@howardrice.com
ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/677-6262

Attorneys for Plaintiffs
DATEL HOLDINGS LTD. and DATEL DESIGN &
DEVELOPMENT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC., <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant and Counterclaimant. | No. 09-CV-05535 EDL <br><br> Action Filed: November 20, 2009 <br><br> **PROOF OF SERVICE** <br><br> Date: August 10, 2011 <br> Time: 9:30 a.m. <br> Place: Courtroom E, 15th Floor <br> Judge: Hon. Elizabeth D. Laporte |

# PROOF OF SERVICE

I, Christine E. Camp, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is Three Embarcadero Center, Seventh Floor, San Francisco, California 94111-4024. On August 5, 2011, I served the following document(s) described as:

1. SUPPLEMENTAL DECLARATION OF EDWARD A. BAYLEY IN SUPPORT OF REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DMCA COUNTERCLAIM); and

2. DATEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MICROSOFT'S MOTION FOR LEAVE TO FILE SUR-REPLY

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☒ by transmitting via email the document(s) listed above to the email address(es) set forth below on this date at 2:58 p.m.

- ☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

Hojoon Hwang
Rohit Singla
Jonathan Blavin
Michael Mongan
Munger Tolles & Olson, LLP
560 Mission Street, 27th FLoor
San Francisco, CA  94105-2907

Hojoon.Hwang@mto.com
Rohit.Singla@mto.com
Jonathan.Blavin@mto.com
Michael.Mongan@mto.com

Gregory P. Stone
Andrew Song
Ted Dane
Peter Gratzinger
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

Gregory.Stone@mto.com
Andrew.Song@mto.com
Ted.Dane@mto.com
Peter.Gratzinger@mto.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on August 5, 2011.

_____
Christine E. Camp