1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>Plaintiffs and Counterclaimant Defendants<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant and Counterclaimant | CASE NO.  CV 09-5535 EDL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION TO BRING CERTAIN EQUIPMENT INTO THE COURTROOM** |
|---|---|

Defendant Microsoft Corporation ("Microsoft") has filed a motion seeking permission of the Court to bring into the courtroom and use the following equipment during the hearing scheduled for August 10, 2011 at 9:30 a.m. in Courtroom E in the above-captioned matter:

      1. Elmo projector

      2. Laptop computers

      3. Computer screen projector

WHEREAS, good cause being shown,

**IT IS SO ORDERED.** Microsoft may bring into the courtroom and use the above equipment during the hearing scheduled for August 10, 2011.

Dated: August __9__, 2011

                                            The Honorable Elizabeth D. Laporte
                                            United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: __/s/ Jonathan H. Blavin__
      JONATHAN H. BLAVIN

    Attorneys for Defendant
    Microsoft Corp.