UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>Plaintiffs and Counterclaimant Defendants<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant and Counterclaimant | CASE NO. CV 09-5535 EDL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER FOR EXTENDED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND OTHER TESTIMONY OF RONALD B. KEMNITZER** |

Having considered the Parties' Stipulated Request for Order for Expedited Briefing Schedule on Datel's Motion to Exclude the Expert Report and Other Testimony of Ronald B. Kemnitzer, and pursuant to Local Rule 6-2, the Court orders as follows:

FOR GOOD CAUSE SHOWN, the Court adopts the parties' proposed briefing schedule. Specifically,

1. Microsoft will file its Opposition to the Motion to Exclude the Expert Report and Other Testimony of Ronald B. Kemnitzer by September 23, 2011.

2. Datel will file its Reply in Support of the Motion to Exclude the Expert Report and Other Testimony of Ronald B. Kemnitzer October 7, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2011

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: */s/ Michael J. Mongan*
    MICHAEL J. MONGAN

    Attorneys for Defendant
    Microsoft Corp.