MARTIN R. GLICK (No. 40187)
mglick@howardrice.com
JEROME B. FALK, JR. (No. 39087)
jfalk@howardrice.com
DANIEL B. ASIMOW (No. 165661)
dasimow@howardrice.com
ROBERT D. HALLMAN (No. 239949)
rhallman@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
sdanaye-elmi@howardrice.com
SEAN M. CALLAGY (No. 255230)
scallagy@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone: 415/434-1600
Facsimile:         415/677-6262

Attorneys for Plaintiffs and Counterclaim-Defendants
DATEL HOLDINGS LTD. and DATEL DESIGN &
DEVELOPMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DATEL HOLDINGS LTD. and DATEL DESIGN & DEVELOPMENT, INC.,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant and Counterclaimant. | No. 09-CV-05535 EDL<br><br>Action Filed:  November 20, 2009<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY |

FOR GOOD CAUSE SHOWN, Plaintiffs' Motion For Leave To File Sur-Reply; Sur-Reply To Defendant's Motion For Summary Judgment On Plaintiffs' Monopolization Claims And State Law Claims and the supporting declarations of Sean M. Callagy and David Crane is hereby granted. The sur-reply and supporting declarations submitted concurrently with the Motion are ordered filed.

IT IS SO ORDERED.

DATED: October 26, 2011.



HON. ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT JUDGE

W03 131100017/ /1662393/F

[PROPOSED] ORDER ALLOWING FILING OF SUR-REPLY     09-CV-05535-EDL

-1-