IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATEL HOLDINGS LTD,<br><br>            Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant.<br>_____/ | No. C -09-05535 EDL<br><br>**ORDER REGARDING SECOND STIPULATED AMENDMENT TO CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL** |

On October 26, 2011, the parties filed a stipulated amendment to the Case Management and Pretrial Order for Jury Trial. Pursuant to that stipulation, the Court issues the following Order:

1. All technical expert discovery on the newly-asserted claims and defenses and defenses thereto, and on damages, shall be completed no later than November 11, 2011.

2. The third round of dispositive motions shall be served and filed no later than November 15, 2011. Any oppositions to these motions shall be served and filed no later than 2:00 p.m. on December 9, 2011. Any replies to the oppositions shall be served and filed no later than December 23, 2011.

3. The hearing date for the third round of summary judgment motions is Wednesday, January 18, 2012 at 9:30 a.m.

4. Prior to filing dispositive motions for the third round, the parties shall meet and confer to discuss the topics raised by the motions. If the parties intend to bring motions on related topics, they shall coordinate those motions so that there are only four briefs, rather than six. (For example, if both parties intend to seek summary judgment on claims that are related, the briefing shall be: one motion, one opposition/cross-motion, one reply/opposition, and one reply. The parties shall meet and confer and propose to the Court a separate briefing

schedule if any such motions are contemplated.).  No later than November 8, 2011, the parties shall inform the Court of the topics raised by the motions and the reason why deciding those motions at that time constitutes sound case management so as to facilitate the just, speedy and inexpensive resolution of this case.  <u>See</u> Fed. R. Civ. P. 1.  The Court may require additional justification from the parties for bringing certain dispositive motions.

5. In all other respects, the Amendment To Case Management And Pretrial Order For Jury Trial, entered on June 6, 2011, and the Stipulated Amendment To Case Management And Pretrial Order For Jury Trial, entered July 29, 2011, remain in effect.

**IT IS SO ORDERED.**

Dated:  November 2, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge

2